IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WARDELL L. TYREE, | * | |
| Petitioner, | * | Civil Action No: |
| | * | Transfered From (M.D.P.A.) |
| Vs. | * | (DC-State Prisoner) |
| | * | Habeas Petition 2254 |
| CAMERON LINDSAY, Warden. | * | |
| And U.S. ATTORNEY GENERAL, | * | 07-2019 EGS |
| Respondent, | * | |

"Judical Notice"

To, The Honorable Clerk  Of This U.S. District Courthouse /DC Circuit
    333 Constitution Avenue. N.W. Washington DC 20001

From, The Pro-se Petitioner, Wardell L. Tyree #08338-007, (a DC-Code Prisoner)
    housed @ the U.S. Penitentiary, Canaan. P.O. Box 300, Waymart. P.A. 18472

Re, Dear Clerk, the here attached documents from the U.S. District Court
    In The Middle District Of Pennsylvania.....will show that My Writ Of
    Habeas Corpus pursuant to title 28 U.S.C. 2254 was originally filed in
    Pennsylvania.
    However, that case will be transferred to this Court for the reason so
    stated by that Court....see attachments.
    Albeit, the writ is generally filed in the jurisdiction "where the
    corpus is in custody", the U.S. District Court here in the Middle
    District Of Pennsylvania has decided differently, and this move is not
    only prejudice, but it is contrary to long established rules, and it
    contradicts the U.S. Supreme Court's holding in Rumsfeld Vs Padilla,
    124 S.ct 2711,2717-18 (2004)
    Disregarding this long established procedure Judge C.C. Conner in this
    Middle District Of Pennsylvania has Ordered that this case be transferred
    from this jurisdiction, and move to U.S. District Court/DC Circuit

# RECEIVED

NOV 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Henceforth, I am expecting that the Pennsylvania court will copy "all the records/and documented filings" and mail them directly to this court....and a copy should also be mailed to the U.S. Attorney's Office in this Jurisdiction.

As soon as this transfer of the records is completed, I would like to be notified my this Court....Please.

As always, Your assistance is deeply appreciated, and I do Thank You in advance.

Respectfull Submitted
by Wendell L. Tyree #08338-007
On This Date of 11/14/2007.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| OLIVER DAVILAR,<br>        Appellant, | § | |
| | § | On Appeal From E.D. New York<br>District Judge:C.P. Sifton |
| Vs. | § | Criminal No:*03-CR-910* |
| UNITED STATES OF AMERICA,<br>        Appellee, | § | U.S.C.A. No:05-0227 |
| | § | |

"Status Inquiry"
&
"Request For Appoinment Of Counsel"


To, The Honorable Chief Judge Of This U.S. Court Of Appeals
    Thurgood Marshall U.S. Courthouse, 40 Foley Square & Centre Street
    New York, NY. 10007


From, The Pro-se Indigent Appellant, Oliver Darvilar # 70294-053
    U.S. Penitentiary, Canaan. P.O. Box 300, Waymart. P.A. 18472

Re, Dear Chief Judge, I am inquiring about the status of the above captioned
    appeal, and the related <u>Ander's Vs. California</u>, Motion filed by my
    former Attorney (Bobbi Sternheim)

    I am also requesting  the Appointment Of Counsel on this appeal to
    assist-me in properly articulating and/or presenting the "sentencing
    issues" earlier raised in my Pro-se Appellant Brief that was mailed
    to this Court on 2/7/2006, for which I still have not yet received any
    response from this court.


    Your assistance in this matter would be deeply appreciated, as I  do
    Thank You in advance.


                        Respecfully Submitted
                        by_____#70294-053
                        On This Date Of 11/14/2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WARDELL L. TYREE,** | : | **CIVIL ACTION NO. 1:06-CV-0112** |
| | : | |
| **Petitioner** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **CAMERON LINDSAY and** | : | |
| **PA ATTORNEY GENERAL,** | : | |
| | : | |
| **Respondents** | : | |

## ORDER

AND NOW, this 31st day of October, 2007, upon consideration of the report of

the magistrate judge (Doc. 30), to which no objections were filed, recommending that

petitioner's motion to lift the stay of his petition for writ of habeas corpus (Doc. 26) be

denied and that the petition (Doc. 1) be transferred, and, following an independent

review of the record, it appearing that the underlying conviction and sentencing

occurred in the District of Columbia, and it further appearing that all witnesses,

counsel, and records of the conviction are located within the District of Columbia, and

the court concluding that the interests of justice would best be served by the transfer

of the petition to the United States District Court for the District of Columbia, see 28

U.S.C. § 2241(d) (permitting the transfer of habeas petitions between the district of

incarceration and the district of sentencing "in the exercise of [the court's] discretion

and in furtherance of justice"), it is hereby ORDERED that:

1. The report and recommendation of the magistrate judge (Doc. 30) is
   ADOPTED.

2. Petitioner's motion to lift the stay of his petition for writ of habeas corpus
   (Doc. 26) is DENIED.

3.    The above-captioned case is TRANSFERRED to the United States District Court for the District of Columbia.

4.    The Clerk of Court is directed to CLOSE this file.


                          S/ Christopher C. Conner
                          CHRISTOPHER C. CONNER
                          United States District Judge