UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WARDELL L. TYREE, <br><br> Petitioner, <br><br> v. <br><br> CAMERON LINDSAY, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-2019 (EGS) <br> ) <br> ) <br> ) <br> ) |

ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 10th day of January 2008,

ORDERED that respondent, by counsel, shall, within 20 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition [Doc. No. 1-3] and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the respondent and the United States Attorney for the District of Columbia.

SIGNED:   EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE