UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WARDELL L. TYREE, | * | Civil Action No: 07-CV-2019 |
| Petitioner, | * | 2254 Habeas |
| | * | (E.G. Sullivan) |
| Vs. | * | |
| | * | |
| CAMERON LINDSAY, Warden. | * | |
| Federal Bureau Of Prisons | * | |
| Respondent, | * | |

"Judicial Notice" (II)

RECEIVED
JAN 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To, The Honorable Emmet G. Sullivan, U.S. District Court Judge.
   333 Constitution Avenue. N.W. Washington DC 20001

From. The Pro-se Petitioner, Wardell L. Tyree # 08338-007
   U.S.P. Canaan. P.O. Box 300, Waymart. P.A. 18472

Re, Dear Judge Sullivan, Sir, I write this Notice to humbly inform the Court and the AUSA that this Habeas Petition under 28 U.S.C. 2254 was transferred **to this jurdisdiction,** from the U.S. District Court in the Middle District Of Pennsylvania.

Further, this case had been "stayed" by that Court, in order that the matter be returned to the DC Superior Court Judge: J.M. Mott so that he can **exhaust the issues that were earlier presented and overlooked on direct appeal...**

On Or about 8/23/2007 Judge J.M. Mott made rulings that did not address some of the issues that were brought back to him via a Motion on DC Code 23-110, Hence On Or About 8/30/2007, a Motion pursuant to Fed.R. Civil Proc 59 (e) was filed in the DC Superior Court, and to this date, that 59 (e) Motion has layed dormant in fornt of Judge Mott.

Because the 59(e) motion has gone un-answered for so long, a Supplemental Motion was also filed in that Court.

**[copies of both Motions were also mailed to this U.S. District Court]**

Further, without any response to either motion, this Petitioner filed a "Notice Of Appeal" in the DC Superior Court, with a copy mailed to the Appellant Division of that Court, to appeal the en-action or apparent enability of Judge Mott to render a decision on the merits of the issues that were clearly overlooked.

This Judicial Notice is to make all parties aware of the fact that DC Superior Court "has not yet ruled on all the issues earlier presented, and they are the same issues that are raised in the above captioned 2254 Habeas petition, and it may be wise to first have those issues adjudicated in the "State Court" by Judge Mott/and or the Appellant Division of that Court.....before the AUSA response to the 2254.

This "Judicial Notice" was Respectfully Submitted By *Wardell L Tyree* # 08338-007 On This Date Of 1/20/2008, with a true copy mailed to the AUSA's Office @ 555 4th. Street . N.W. Washington DC 20001