# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Wardell L. Tyree | 07-2019 EGS |
| **DEFENDANT** | **TYPE OF PROCESS** Order Directing Respondent to Show Cause |
| Cameron Lindsay | |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Cameron Lindsay, Warden - Canaan USP

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

POB 300, Waymart, PA 18472

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk | Date 1/14/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): ADAM JOHNSON STAFF ATTORNEY

Address (complete only if different than shown above):
MDC 100 29TH ST
BROOKLYN NY 11232

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 2/11/08   Time: 11:30 am

Signature of U.S. Marshal or Deputy: BNLS RT

| Service Fee 45.00 | Total Mileage Charges (including endeavors) 3.80 | Forwarding Fee 8.00 | Total Charges 56.80 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 1-15-08 Forwarded to M/PA                     LEONARD SINNOTT, USMS

SERVED MDC BROOKLYN Legal Dept.

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)