UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WARDELL L. TYREE, | : | |
|     Petitioner | : | CIVIL ACTION NO. 07-2019 (EGS) |
| | : | |
| v. | : | |
| | : | |
| CAMERON LINDSAY, | : | |
|     Respondent | : | |

### GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

Respondent, by and through his attorney, the United States Attorney for the District of Columbia, respectfully requests an extension of ten business days in which to complete an Opposition to petitioner Wardell L. Tyree's Petition for Writ of Habeas Corpus. As grounds for this request, the United States now says:

The procedural history of the petitioner's motions in the United States District Courts was briefly reviewed in the government's previous Motion for an Extension of Time in which to Respond to Petitioner's Petition for Writ of Habeas. While this Assistant has researched and prepared a response addressing the substantive issues defendant now raises, in reviewing the extended procedural history of defendant's 1996 case from the Superior Court for the District of Columbia and his subsequent appeals in the District of Columbia Court of Appeals, the criminal cases which form the underlying charges for the petitioner's current allegations, this Assistant discovered there is actually an appeal currently pending in the District of Columbia Court of Appeals. Previously, this Assistant was unaware of any

further actions on the petitioner's criminal case other than the final 2007 Order of Superior Court Judge John M. Mott.

A brief period of time is therefore required in order for this Assistant to research and complete a review of the procedural history of defendant's case. Accordingly, the United States respectfully requests a brief extension of ten business days in which to complete the final draft of the Government's Opposition to Petitioner's Petition for Writ of Habeas Corpus.

The government submits that petitioner Wardell Tyree, who is serving a lengthy sentence, and whose case has been affirmed on appeal, will not be unduly prejudiced by this request for a brief extension of time, and further submits that the government's extended research on the procedural history of the petitioner's case will complete the record for this Court..

WHEREFORE, based on all of the above, Respondent, by and through his attorney, the United States Attorney for the District of Columbia, respectfully requests an extension of ten business days, until April 21, 2008, in which to draft and file an Opposition to Petitioner Wardell Tyree's Petition for Writ of Habeas Corpus. A proposed Order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
 D.C. Bar No. 498-610


_____/s/_____
JOHN P. MANNARINO
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 444-384


/s/_____
JOAN DRAPER
ASSISTANT UNITED STATES ATTORNEY
Utah Bar No. 0195


# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that service of a copy of the foregoing Government Motion has been made by mailing a copy to Wardell L. Tyree,  Fed. Reg. No.08338-007, F.C.I. Canan, P. O. Box 300, Waymart, Pennsylvania 18472  this \_\_\_\_\_ day of April, 2008.


_____/s/_____
Joan Draper, Esquire
Special Proceedings Office
U.S. Attorney's Office
555 4th Street N.W.
Washington D.C.  20530
 202-514-7744

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

3

| | |
|---|---|
| **WARDELL L. TYREE,** : | |
|     Petitioner : | **CIVIL ACTION NO. 07-2019 (EGS)** |
| : | |
| v. : | |
| : | |
| **CAMERON LINDSAY,** : | |
|     Respondent : | |

### ORDER

Upon consideration of the Government's Motion for an Extension of Time to File an Opposition to Petitioner Wardell Tyree's Petition for Writ of Habeas Corpus, and the reasons stated therein, and for good cause shown, it is this ____ day of April, 2008

ORDERED that the motion be, and hereby is granted; and it is further

ORDERED that the Government shall respond not later than April 21, 2008.

_____
EMMET G. SULLIVAN
United States District Judge

Copies to:

Wardell L. Tyree
Fed. Reg. No.08338-007
F.C.I. Canan
P. O. Box 300
Waymart, Pennsylvania 18472

Joan Draper, Esquire
Special Proceedings Division
United States Attorney's Office
555 4th Street N.W.
Washington D.C.  20530