UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WARDELL L. TYREE, </br></br> Petitioner, </br></br> v. </br></br> CAMERON LINDSAY, </br></br> Respondent. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 07-2019 (EGS) </br> ) </br> ) </br> ) </br> ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the Order to Show Cause [Dkt. No. 4] is DISCHARGED; it is

FURTHER ORDERED that respondent's motion to dismiss [Dkt. No. 11] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED.  This is a final appealable Order.


DATE: August 11, 2008                    SIGNED:    EMMET G. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE